# United States District Court for the Northern District of Illinois

Case Number: **08-50085**  Assigned/Issued By: **P6**

## FEE INFORMATION

**Amount Due:** ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☒ No Fee  ☐ Other _____

**FILED**
**MAY 14 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Paid: _____  Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

1 Original and **0** copies on **5/14/08** as to **Defendant**
 (Date)

C:\wpwin80\docket\fecinfo.frm  01/01