IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NANCY WALSH, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 08 C 50085 |
| | ) |
| ROCKFORD ANESTHESIOLOGISTS ASSOCIATED, LLC, | ) ) |
| | ) |
| DEFENDANT. | ) |

**DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS
COUNT II AND COUNT III OF PLAINTIFF'S COMPLAINT**

Defendant, Rockford Anesthesiologists Associated, LLC, by and through its attorneys, Reno & Zahm LLP, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure requests this Court to dismiss Count II and Count III of the Complaint for failure to state claims upon which relief can be granted. In support thereof, Defendant relies on its Memorandum in Support of Motion to Dismiss which is filed contemporaneously herewith.

Based upon the foregoing, Defendant requests that this Court enter an order dismissing Count II and Count III of Plaintiff's Complaint for failure to state claims upon which relief can be granted.

Dated this 10th day of June, 2008.

                                                        ROCKFORD ANESTHESIOLOGISTS
                                                        ASSOCIATED, LLC, Defendant

                                                        By: Reno & Zahm LLP

                                                        By: /s/ Craig P. Thomas
                                                             One of its attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was served upon:

Glenn R. Gaffney
Justin R. Gaffney
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139

by operation of the Court's electronic filing system as well as by enclosing the same in an envelope addressed to the above, with postage fully prepaid, and by depositing said envelope in a United States Post Office Mail Box in Rockford, Illinois on June 10, 2008.



/s/ Craig P. Thomas

Craig P. Thomas (#06202015)
RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
(815) 987-4050

F:\Docs\rkfdanes\WALSH\06092689.WPD