IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NANCY WALSH, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 08 C 50085 |
| | ) |
| ROCKFORD ANESTHESIOLOGISTS ASSOCIATED, LLC, | ) ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF MOTION

TO:    Counsel of Record

YOU ARE HEREBY NOTIFIED that on **Friday, June 20, 2008**, at **1:30 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable, Magistrate Judge Mahoney, or any other judge who may be presiding in his place, presiding at the United States District Court Building, 211 South Court Street, Rockford, Illinois, and then and there present Defendant's **Rule 12(b)(6) Motion to Dismiss Count II and Count III of Plaintiff's Complaint**, a copy of which is hereby served upon you.

Dated this 10th day of June, 2008.

                                           ROCKFORD ANESTHESIOLOGISTS
                                           ASSOCIATED, LLC, Defendant

                                           By:  Reno & Zahm LLP


                                           By:  /s/ Craig P. Thomas
                                                    One of its attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was served upon:

Glenn R. Gaffney
Justin R. Gaffney
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139

by operation of the Court's electronic filing system as well as by enclosing the same in an envelope addressed to the above, with postage fully prepaid, and by depositing said envelope in a United States Post Office Mail Box in Rockford, Illinois on June 10, 2008.



　　　　/s/ Craig P. Thomas

Craig P. Thomas (#06202015)
RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
(815) 987-4050

F:\Docs\rkfdanes\WALSH\06092810.WPD