# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| NANCY WALSH, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 50085 |
| v. ) | |
| ) | Judge Kapala |
| ROCKFORD ANESTHESIOLOGISTS ) | |
| ASSOCIATED, LLC, ) | Magistrate Judge Mahoney |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNT III

Plaintiff, NANCY WALSH, by her attorney, Glenn R. Gaffney, for her Motion, states:

1. Plaintiff filed a Three Count Complaint with Count III based upon the concept of civil extortion.

2. Plaintiff moves to voluntarily dismiss Count III, without prejudice.

WHEREFORE, Plaintiff moves to dismiss Count III without prejudice.

/s/Glenn R. Gaffney
Glenn R. Gaffney
Attorney for Nancy Walsh

Glenn R. Gaffney (6180598)
Justin R. Gaffney (6281428)
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200

1

2

**CERTIFICATE OF SERVICE**

    Justin R. Gaffney certifies that on July 7, 2008, he e-filed the above and foregoing via the Case Management/Electronic Case Filing System with the Clerk of the U.S. District Court, Northern District of Illinois, Western Division. The parties may access this filing through the Court's Electronic Filing System, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

                                      /s/ Justin R. Gaffney
                                      Justin R. Gaffney
                                      Attorney for Nancy Walsh