UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50085 |
| v. | ) | |
| | ) | Judge Kapala |
| ROCKFORD ANESTHESIOLOGISTS ASSOCIATED, LLC, | ) | |
| | ) | Magistrate Judge Mahoney |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Craig P. Thomas, Esq.              Clerk of U.S. District Court
      Reno & Zahm, LLP                   Western Division
      2902 McFarland Road – Suite 400    211 South Court Street
      Rockford, IL  61107                Rockford, IL  61101

Please take notice that on **July 30**, **2008 at 1:30 p.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Hon. Magistrate P. Michael Mahoney** or any Judge sitting in his stead, in the United States District Court Building, Rockford, Illinois, and then and there request hearing instanter on the attached **Plaintiff's Motion to Voluntarily Dismiss Count III**, at which time and place you may appear if you so desire.

                                         /s/ Glenn R. Gaffney
                                         Glenn R. Gaffney
                                         Attorney for Nancy Walsh

## **CERTIFICATE OF SERVICE**

      Justin R. Gaffney certifies that on July 7, 2008, he e-filed the foregoing Notice of Motion via the Case Management/Electronic Case Filing system with the Clerk of the U.S. District Court, Western Division. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

                                        /s/Justin R. Gaffney
                                        Justin R. Gaffney
                                        Attorney for Nancy Walsh

Glenn R. Gaffney (6280598)
Justin R. Gaffney (6281428)
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630) 462-1200