UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50085 |
| v. | ) | |
| | ) | Judge Kapala |
| ROCKFORD ANESTHESIOLOGISTS | ) | |
| ASSOCIATED, LLC, | ) | Magistrate Judge Mahoney |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL**

Pursuant to F.R.C.P.41(a)(1), Plaintiff, Nancy Walsh, by and through her attorneys, Gaffney & Gaffney, and Defendant, Rockford Anesthesiologists Associated, LLC, by and through their attorneys, Reno & Zahm, LLP, do hereby stipulate to dismissal with prejudice and without costs to any party of the above entitled matter.

Dated this 28th day of July, 2008.

Attorney for Plaintiff:                                                    Attorney for Defendant:


/s/ Glenn R. Gaffney_____                       _/s/ Craig P. Thomas (w/ consent___
Glenn R. Gaffney                                                          Craig P. Thomas




Glenn R. Gaffney                                                          Craig P. Thomas
Gaffney & Gaffney                                                       Reno & Zahm, LLP
1771 Bloomingdale Road                                            2902 McFarland Road Suite 400
Glendale Heights, IL 60139                                        Rockford, IL 61107
Attorney No. 6180598
(630) 462-1200

1