# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50085 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Walsh vs. Rockford Anesthesiologists | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice. Any pending motions are now moot.

*[Signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|